NUMBERS 13-00-195-CR and 13-00-196-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


JENNIFER HERRERA
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 28th District Court 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Rodriguez and

Kennedy(1)

Opinion Per Curiam



 Appellant, JENNIFER HERRERA, attempted to perfect appeals 
from judgments entered by the 28th District Court of Nueces County,
Texas. Sentence in these causes was imposed on February 18, 2000. 
No timely motion for new trial was filed. The notices of appeal were
due to be filed on March 20, 2000, but were not filed until March 23,
2000. Said notices of appeal are untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant
an extension of time for filing notice of appeal if such notice is filed
within fifteen days of the last day allowed and within the same period
a motion is filed in the court of appeals reasonably explaining the need
for such extension. Appellant failed to file her notices of appeal and
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and
appellant's failure to timely perfect her appeals, is of the opinion that the
appeals should be dismissed for want of jurisdiction. The appeals are
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th day of June, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex.Gov't Code Ann.
§74.003 (Vernon 1998).